An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66543

**FILED**

OCT 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a purported decision of the district court "to 'sit on'/obstruct/vex [appellant's] appeal" of a justice court order. Fifth Judicial District Court, Nye County; David R. Gamble, Senior Judge.

Our review of this appeal reveals jurisdictional defects. Specifically, appellant fails to identify an appealable order and only the district court has final appellate jurisdiction over a decision arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Therefore, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

H-33685

cc: Chief Judge, Fifth Judicial District Court
Hon. David R. Gamble, Senior Judge
Peter Jason Helfrich
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk